UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

99-00114-CR-GRAHAM

18 USC 111(a)(b)

UNITED STATES OF AMERICA  CASE NO.:

v.

MAGISTRATE JUDGE
DUBÉ

JAMES PETER SABATINO

INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 21, 1998, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAMES PETER SABATINO,**

did knowingly and willfully, forcibly assault, resist, oppose, impede, intimidate and interfere with a Federal Correctional Officer, a person designated in Title 18, United States Code, Section 1114, while the aforesaid officer was engaged in the performance of his official duties and did thereby inflict bodily injury upon him; in violation of Title 18, United States Code, Section 111(a) and (b).

A TRUE BILL

_Ronnie H. Fisher_
FOREPERSON

_[signature]_
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_[signature]_
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAMES PETER SABATINO

CASE NO. 99-00114 CR-GRAHAM

CERTIFICATE OF TRIAL ATTORNEY*

MAGISTRATE JUDGE
DUBÉ

**Related Case Information**:
SUPERSEDING          Yes ___    No _X_
New Defendant(s)     Yes ___    No _X_
Number of New Defendants   ___
Total number of counts     ___

**Court Division**: (Select One)

_X_ Miami      ___ Key West
___ FTL        ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days       _X_        Petty       ___
   II   6 to 10 days      ___        Minor       ___
   III  11 to 20 days     ___        Misdem.     ___
   IV   21 to 60 days     ___        Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:

   Judge: _____         Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:

   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

                                    _____
                                    YVONNE RODRIGUEZ-SCHACK
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 794686

*Penalty Sheet(s) attached                                   REV.10/08/98

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name:** JAMES PETER SABATINO   **Case #:** 99-00114-CR-GRAHAM

MAGISTRATE JUDGE
DUBÉ

**Count #:** I

18 USC 111(A) - Assault on Federal Officer with bodily injury

**\*Max. Penalty:** 10 years imprisonment

====================================================================

**Count #:**

**\*Max. Penalty:**

====================================================================

**Count #:**

**\*Max. Penalty:**

====================================================================

**Count #:**

**\*Max. Penalty**

====================================================================

**Count #:**

**\*Max. Penalty:**

====================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

GRAND JURY INDICTMENT NO. 97-5/0793

NO. 99-00114 - CR-GRAHAM

MAGISTRATE JUDGE
DUBÉ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JAMES PETER SABATINO

INDICTMENT
IN VIOLATION OF
18 USC 111(a)

A true bill

Ronnie R. Fisher
Foreman

97-08 (MIA)

Filed in open court this 18th day of February A.D. 1999

_____
Clerk

Bail, $ _____