UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 99-00114-CR-GRAHAM(s)
18 USC 111(a)

UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )
JAMES PETER SABATINO       )
_____)



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 21, 1998, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAMES PETER SABATINO,**

did knowingly and willfully, forcibly assault, resist, oppose, impede, intimidate and interfere with a Federal Correctional Officer, a person designated in Title 18, United States Code, Section 1114,



while the aforesaid officer was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

*/signature/*
FOREPERSON

*/signature/*
THOMAS E. SCOTT
UNITED STATES ATTORNEY

*/signature/*
RICARDO DEL TORO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

JAMES PETER SABATINO
_____

**Court Division:** (Select One)

**Superseding Case Information:**
New Defendant(s)     Yes ___   No _X_
Number of New Defendants   ___
Total number of counts     _1_

_X_ Miami   ___ Key West
___ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days        _X_     Petty     ___
   II   6 to 10 days       ___     Minor     ___
   III  11 to 20 days      ___     Misdem.   ___
   IV   21 to 60 days      ___     Felony    ___
   V    61 days and over   ___

6. Has this case been previously filed in this District Court (Yes or No)   _Yes_
   If yes:
   Judge: _GRAHAM_                    Case No. _99-00114-CR-GRAHAM_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _(initial appearance held on) 4/13/99_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No    If yes, was it pending in the Central Region? ___ Yes _X_ No

                                        _____
                                        RICARDO DEL TORO
                                        ASSISTANT UNITED STATES ATTORNEY
                                        BAR # 0957585

*Penalty Sheet(s) attached                                    REV.3/19/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name:   JAMES PETER SABATINO
Count #: I

ASSAULT ON A FEDERAL CORRECTIONAL OFFICER

   TITLE 18, UNITED STATES CODE, SECTION 111(a)

*Max. Penalty:   3 Years Imprisonment
==========================================================
Count #:



* Max. Penalty:
==========================================================
Count #



*Max. Penalty:
==========================================================
Count #



*Max. Penalty:
==========================================================
Count #:



*Max. Penalty:

   *Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

GRAND JURY INDICTMENT NO. _99/-MCN0051_