AO 25G

FILED BY _____ D.C.
INTAKE

99 JUL 14 AM 8:40

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

99-114-CR-Graham

# DESIGNATION OF A UNITED STATES JUDGE

# FOR SERVICE WITHIN THE CIRCUIT

The Honorable **Stephan P. Mickle**, Northern District of Florida, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the Southern District of Florida to preside over case numbers 98-6146-Cr-Zloch and 99-00114-Cr-Graham,

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 294(c), I do hereby designate and assign the Honorable **Stephan P. Mickle** to perform the duties of district judge in the United States District Court for the Southern District of Florida for disposition of the above styled case.

_____
Chief Judge
Eleventh Circuit Court of Appeals

Dated: 7/9/99