UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES PETER SABATINO
A/K/A JIMMY SABATINO

CASE NO: 98-6147-CR-ZLOCH

VS.

UNITED STATES OF AMERICA

_____/

### MOTION TO WITHDRAW VOLUNTARILY AS TRIAL JUDGE

NOW COMES THE DEFENDANT, IN THE ABOVE CASE NUMBER, JAMES PETER SABATINO, AND RESPECTFULLY MOVES THIS COURT TO VOLUNTARILY DISQUALIFY HIMSELF FROM SITTING ON FURTHER PROCEEDINGS IN THE ABOVE-ENTITLED CASE. IN SUPPORT OF THIS MOTION THE DEFENDANT STATES THE FOLLOWING:

### STATEMENT OF FACTS

1. THE DEFENDANT IS ALLEGED THROUGH A CRIMINAL COMPLAINT IN THE ABOVE CASE NUMBER THAT HE THREATEN TO "ELIMINATE THE UNITED STATES COURTHOUSE IN FT. LAUDERDALE, FL., BY MEANS OF A BOMB."

2. IT IS ALSO ALLEGED THAT THE DEFENDANT THREATEN TO KILL SENIOR UNITED STATES DISTRICT COURT JUDGE JOSE GONZALEZ AND UNITED STATES MAGISTRATE JUDGE BARRY SELTZER. BOTH OF WHOM PRESIDE IN FT. LAUDERDALE.

3. FURTHERMORE THE GOVERNMENT INTENDS TO USE EVIDENCE AT TRIAL, SUCH AS, RECORDED PHONE CALLS, AND WITNESSES TO STATE THE ABOVE.

4. ON PAGE 6 OF THE GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER IT STATES THAT THE DEFENDANT CLAIMED TO HAVE "MONITORED" THE UNITED STATES COURTHOUSE AT FT. LAUDERDALE, IN PARTICULAR THE "UNDERGROUND GARAGE" WHERE THE JUDGES PARK.



(1)

5. HAD THE ALLEGED THREAT OF A BOMB BEEN CARRIED OUT ANYONE WITH A LIKELIHOOD OF BEING IN THE BUILDING STOOD TO BE A "POTENTIAL VICTIM." ALSO, A THREAT AGAINST THE COURTHOUSE, IS ALSO A THREAT AGAINST THE COURTROOM AND CHAMBERS ITSELF, RAISING THE QUESTION OF IMPARTIALITY. SEE: YAGMAN V. REPUBLIC INS. (1991,CD Cal) 136 FRD 652, affd (CA9 Cal) 987 F2d 622. (DISTRICT COURT JUDGES HAVE A SELF-ENFORCING DUTY TO DISQUALIFY THEMSELVES IN ANY PROCEEDINGS IN WHICH THEIR IMPARTIALITY MIGHT BE QUESTIONED OR WHEN THEY HAVE PERSONAL BIAS OR PREJUDICE CONCERNING A PARTY.)

6. THE DEFENDANT ALSO BELIEVES DUE TO THE STATUS OF ONE OF THE VICTIMS BEING A "SENIOR" JUDGE IN THE SAME COURTHOUSE AND BECAUSE OF THE SMALL SIZE OF THE UNITED STATES DISTRICT COURT AT FT. LAUDERDALE NO JUDGE CAN SIT ON THE ABOVE CASE WITHOUT QUESTION OF PREJUDICE OR IMPARTIALITY ARISING. THE INTERESTS OF JUSTICE WOULD SEEM TO REQUIRE THE VOLUNTARILY WITHDRAWAL OF THIS COURT SO THAT THE REALITY AND APPEARANCE OF IMPARTIALITY CAN BE PRESERVED. SEE GENERALLY, IN RE BEARD, 811 F2d 818 (4th Cir. 1987) (DISQUALIFICATION OF JUDGE IS REQUIRED IF A REASONABLE FACTUAL BASIS EXISTS FOR DOUBTING JUDGE'S IMPARTIALITY.)

7. IT IS RESPECTFULLY SUGGESTED THAT THIS COURT SHOULD TAKE INTO CONSIDERATION THE FACT THAT CONFIDENCE IN THE IMPARTIALITY OF THE JUDICIARY IS VITAL TO THE CONTINUED SUCCESS OF OUR DEMOCRATIC SYSTEM. OUR COURT SYSTEM MUST NOT ONLY BE FAIR, IT MUST ALSO APPEAR TO BE FAIR. SEE GENERALLY, UNITED STATES V. MURPHY, 768 F2d 1518 (7th Cir. 1985), cert. denied, 475 U.S. 1012. (WHEN A QUESTION ABOUT A JUDGE'S IMPARTIALITY REASONABLY ARISES, JUDGE MUST STAND ASIDE IN ORDER TO PRESERVE PUBLIC CONFIDENCE IN THE COURTS.)

8. CONSEQUENTLY, THE DEFENDANTS FEELS THAT THIS CASE SHOULD TRANSFERRED TO ANOTHER COURT SUCH AS WEST PALM BEACH, WHERE AS AFTER MAGISTRATE JUDGE SNOW RECUSED HERSELF, THE CASE WAS ASSIGNED TO MAGISTRATE JUDGE VITUNAC IN WEST PALM BEACH.

## CONCLUSION

WHEREFORE, THE DEFENDANT RESPECTFULLY MOVES THIS HONORABLE COURT TO VOLUNTARILY EXCUSE ITSELF FROM FURTHER PROCEEDINGS IN THIS CASE.

RESPECTFULLY SUBMITTED,

JAMES PETER SABATINO
REG# 30906-004
FDC-MIAMI
P.O. BOX 019120
MIAMI, FL. 33101-9120

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE FORGOING HAS BEEN SENT THIS ___ DAY OF DECEMBER TO: 1) ALLEN S. KAUFMAN P.A., 2900 N. DIXIE HWY. SUITE 201, OKALAND PARK, FL., 33334; 2) A.U.S.A. JEFFREY KAPLAN, 500 E. BROWARD BLVD., 7FL., FT. LAUDERDALE, FL., 33394-3002.

BY: _____
JAMES PETER SABATINO
REG# 30906-004
FDC-MIAMI
P.O. BOX 019120
MIAMI, FL., 33101-9120